Brittany Resch (*pro hac vice*)
Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com

Anthony L. Parkhill (*pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
aparkhill@barnowlaw.com

Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

*Proposed Interim Class Counsel*
[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| LAZARO STERN, CELESTE ALLEN, LISA KUCHERRY, PETER SMITH, and SHARON THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-00015-DBB-DAO<br><br>**DECLARATION OF BRITTANY RESCH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CONSOLIDATE**<br><br>Judge David Barlow |
| CHARLY BATES, individually and on behalf of all others similarly situated,<br><br>Plaintiff, | Case No. 2:25-cv-00192-JCB |

1

|  |  |
|---|---|
| v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Magistrate Judge Jared C. Bennett |

I, Brittany Resch, hereby declare as follows:

1.      I am a partner in the law firm Strauss Borrelli PLLC and I represent the Plaintiffs in the action *Stern, et al. v. Academy Mortgage Corp.*, No. 2:24-cv-00015-DBB (the "*Stern* Action"). I have personal knowledge of the matters stated in this declaration. If called upon, I could and would competently testify to the matters as stated. This declaration is submitted in support of Plaintiffs' Reply in Support of their Motion to Consolidate.

2.      Attached hereto as Exhibit A is a true and correct copy of email correspondence between counsel for Plaintiffs and Counsel for Defendant Academy Mortgage Corporation ("Defendant"), dated January 27, 2025, wherein Plaintiffs sought agreement from Defendant to (1) file an amended complaint and (2) set a briefing schedule on the motion to dismiss that amended complaint.

3.      Attached hereto as Exhibit B is a true and correct copy of email correspondence between counsel for Plaintiffs and Counsel for Defendant, dated February 12, 2025, wherein Plaintiffs sought approval of and consent to file a draft of the Stipulated Motion to Set Schedule for Filing Amended Complaint and Briefing Deadlines (the "Stipulation" ECF 63).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 21st day of April 2025.

DATED: April 21, 2025                    Respectfully submitted,

By: */s/ Brittany Resch*
Brittany Resch*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

*\*Pro Hac Vice*

*Attorney for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 21st day of April, 2025.

                              STRAUSS BORRELLI PLLC

                              By: */s/ Brittany Resch*
                                    Brittany Resch
                                    STRAUSS BORRELLI PLLC
                                    One Magnificent Mile
                                    980 N Michigan Avenue, Suite 1610
                                    Chicago IL, 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109
                                    bresch@straussborrelli.com