Brittany Resch (admitted *pro hac vice*)
Raina C. Borrelli (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com

Andrew W. Ferich (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Anthony L. Parkhill (admitted *pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph St., Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

*Counsel for Plaintiffs & the Putative Class*
[Additional Counsel Appear on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| LAZARO STERN, CELESTE ALLEN, LISA KUCHERRY, PETER SMITH, SHARON THOMPSON, and CHARLY BATES individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No.: 2:24-cv-00015-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg<br><br>**PLAINTIFFS' FIRST SHORT FORM DISCOVERY MOTION** |

1

Plaintiffs served discovery requests on November 18, 2024 (Exhibit 1), but their initial consolidated complaint was dismissed January 2025 (Dkt. 62). Plaintiffs filed an amended complaint (Dkts. 65, 74), and survived another Rule 12 motion in October 2025 (Dkt. 79). Plaintiffs re-served identical discovery requests on September 2, 2025. Exhibit 2. Defendant responded on October 17, 2025 (Exhibit 3), and produced 63 documents.[1] The 63 documents are exclusively communications Defendant had with state attorneys general about the breach.

Pursuant to DUCivR 37-1, the Parties, via their counsel Brittany Resch and Justin Boron, among others, met and conferred via email and telephone about the issues in this motion on November 12, 2025, at 2:30 pm central via telephone and November 20 at 3:23 pm central via email in an effort to reach agreement on the following four disputed matters:

1. Designation of custodians and search terms with a deadline for production pursuant to section 5 of the ESI protocol (Dkt. 57). Plaintiffs raised concerns with Defendant's search methodology given the deficient production and requested that a search be performed on custodial ESI (including internal email communications). Defendant has represented that it is working on this search but no custodians or terms proposed, no updates have been provided, and no further productions have been made. *See* Ex. 3 at 16. This information is responsive to RFP Nos. 2, 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 26, 28, 30, 34.

2. Production of pre-breach documents, policies, and information showing Defendant's data security, discussions, and budgeting before and during the breach. This information is

---

[1] The date on Defendant's responses and objections is incorrect; they were not served on September 17, 2025. They were served on October 17, 2025.

   missing from the production and is responsive to RFP Nos. 2, 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 30.

3. Production of documents and information regarding data security vendors and security training for employees. This information is missing from the production and is responsive to RFP Nos. 7, 9, 10, 11,[2] 14,[3] 15, 16.

4. Production of a privilege log for documents withheld from the production pursuant to section 8 of the ESI protocol (Dkt. 57). Any log corresponding to withheld documents was due 15 days after a production from which they were withheld. Defendant has represented that it is working on a log, but none has been produced to date.

Plaintiffs request this Court grant this motion and enter the proposed order setting a date by which: (1) the Parties must agree on custodians and search terms, and (2) Defendant must produce documents and ESI and a privilege log.


Dated: January 5, 2026                    Respectfully submitted,

                                          By: /s/ Brittany Resch
                                          Brittany Resch*
                                          Raina C. Borrelli*
                                          **STRAUSS BORRELLI PLLC**
                                          One Magnificent Mile
                                          980 N. Michigan Ave., Ste. 1610
                                          Chicago, IL 60611
                                          Telephone: (872) 263-1100
                                          Facsimile: (872) 263-1109
                                          bresch@straussborrelli.com
                                          raina@straussborrelli.com

---

[2] Despite identifying a few third-party vendors, no documents or information about these vendors or their services were produced.
[3] Despite citing to documents produced, the documents cited are policies and procedures produced to the Colorado Attorney General, not employee security training.

Andrew W. Ferich*
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Anthony L. Parkhill*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph St., Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

Daniel O. Herrera**
Nickolas J. Hagman**
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Ste. 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

James E. Magleby (7247)
Jennifer Fraser Parrish (11207)
**MAGLEBY CATAXINOS & GREENWOOD, PC**
141 West Pierpont Ave.
Salt Lake City, UT 84101
Telephone: (801) 359-9000
Facsimile: (801) 359-9011
magleby@mcg.law
parrish@mcg.law

Jason R. Hull (11202)
**MARSHALL OLSON & HULL, PC**
Newhouse Building
Ten Exchange Place, Ste. 350
Salt Lake City, UT 84111
Telephone: (801) 456-7655

jhull@mohtrial.com

*Pro Hac Vice*

*\*\*Pro Hac Vice forthcoming*

*Counsel for Plaintiffs & the Putative Class*

## **WORD COUNT CERTIFICATE**

I, Brittany Resch, hereby certify that Plaintiffs' First Short Form Discovery Motion contains 490 words and complies with DUCivR 7-1(a)(4).

DATED this 5th day of January, 2026.

By: */s/ Brittany Resch*
Brittany Resch
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

## CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 5th day of January, 2026.

        STRAUSS BORRELLI PLLC

        By: */s/ Brittany Resch*
            Brittany Resch
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N. Michigan Ave., Suite 1610
            Chicago, IL 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            bresch@straussborrelli.com