Brittany Resch (*pro hac vice*)
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com

Anthony L. Parkhill (*pro hac vice*)
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

Andrew W. Ferich (*pro hac vice*)
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

*Proposed Interim Class Counsel*
*[Additional Counsel Appear on Signature Page]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| LAZARO STERN, CELESTE ALLEN, LISA KUCHERRY, PETER SMITH, SHARON THOMPSON, and CHARLY BATES, individually and on behalf of all others similarly situated, | **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND JOIN ADDITIONAL PARTIES** |
| Plaintiffs, | Case No. 2:24-cv-00015-DBB-DAO |
| v. | Judge David B. Barlow |
| ACADEMY MORTGAGE CORPORATION, | Magistrate Judge Daphne A. Oberg |
| Defendant. | |

1

## I. RELIEF SOUGHT AND GROUNDS FOR RELIEF

Plaintiffs Lazaro Stern, Celeste Allen, Lisa Kucherry, Peter Smith, Sharon Thompson, and Charly Bates ("Plaintiffs") submit this motion for leave to file an amended complaint and add a party pursuant to Fed. R. Civ. P. 15(a)(2), DUCivR 15-1, and Fed. R. Civ. P. 21. The amended complaint seeks to add Guild Mortgage Company, LLC ("Guild"), as a defendant in this litigation. Fed. R. Civ. P. 15(a)(2) states, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 21 allows the Court to "at any time, on just terms, add or drop a party." Because Guild has acquired Defendant Academy Mortgage, LLC ("Academy"), the Court should permit Plaintiffs to add Guild as a defendant. A copy of the proposed Third Amended Consolidated Complaint is attached hereto as Exhibit 1 and a copy of the redlined version is attached hereto as Exhibit 2.

## I. STATEMENT OF THE FACTS

Plaintiff Stern filed his initial complaint against Academy on January 5, 2024. ECF No. 1. Thereafter, the Court consolidated Plaintiff Allen's action with Plaintiff Stern's action on June 18, 2024. ECF No. 40. Plaintiffs Stern, Allen, Smith, and Thompson filed a Consolidated Class Action Complaint on July 18, 2024, adding Plaintiffs Smith and Thompson. ECF No. 41. Thereafter, the Court granted a motion to dismiss by Academy and dismissed the Consolidated Class Action Complaint without prejudice. ECF No. 62. Plaintiffs submitted the First Amended Consolidated Complaint on February 12, 2025. ECF No. 65. Thereafter, the Court consolidated Plaintiff Bates' case with this case. ECF No. 73. Plaintiffs filed the Second Amended Class Action Complaint on May 27, 2025, adding Plaintiff Bates. ECF No. 74. On October 8, 2025, the Court granted in part and denied in part Academy's motion to dismiss the Second Amended Class Action Complaint, dismissing only Plaintiffs' unjust enrichment claim. ECF No. 79. On October 29, 2026, the Court

entered an Order setting March 13, 2026 as the deadline to file a motion to amend pleadings and joint additional parties. *See* ECF No. 85.

During the pendency of this action, Academy was acquired by Guild. *See* Decl. of Mike Huber, ECF No. 88-1, ¶ 5. "As a result of the acquisition, more than 1,000 employees of Academy Mortgage Corporation transitioned to Guild Mortgage." *Id*. ¶ 6. "Academy Mortgage Company is currently operating without employees." *Id*. ¶ 8. Because Guild acquired Academy, its systems and employees, and Plaintiffs' and Class Members' PII, the Court should grant leave for Plaintiffs to amend the complaint to add Guild as a party.

## II.     ARGUMENT

"[Rule 15] instructs courts to 'freely give leave when justice so requires.'" *Bylin v. Billings*, 568 F.3d 1224, 1229 (10th Cir. 2009) (citing Fed. R. Civ. P. 15(a)(2)). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Id*. (citation omitted). "Typically, courts will find prejudice only when an amendment unfairly affects non-movants 'in terms of preparing their [response] to the amendment.'" *Id*. (citation omitted). Under Fed. R. Civ. P. 21, the Court can add parties "at any time."

Here, Plaintiffs timely move for leave to amend their complaint and do not prejudice Academy or Guild. Plaintiffs file this motion within the time set by the Court for filing a motion to amend and join parties. *See* ECF No. 85. Plaintiffs will not oppose providing Guild or Academy time to respond to the Third Amended Consolidated Complaint. Discovery is ongoing in this case and Academy produced an asset purchase agreement to Plaintiffs on January 15, 2026, which provided Plaintiffs with the information sufficient to determine that Guild should be added as a

defendant. Accordingly, allowing Plaintiffs to amend and add Guild as a party is timely and does not prejudice any party in this litigation.

Because leave to amend should be freely given and parties can be added at any time, the Court should grant Plaintiffs' motion. *See* Fed. R. Civ. P. 15(a)(2); Fed. R. Civ. P. 21.

## III.     CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' motion for leave to file amended complaint and allow for the addition of Guild Mortgage Company, LLC, as a defendant in this matter.

Date: March 13, 2026

Respectfully submitted,

*/s/ Jennifer Fraser Parrish*
James E. Magleby (7247)
Jennifer Fraser Parrish (11207)
**MAGLEBY CATAXINOS, PC**
141 West Pierpont Avenue
Salt Lake City, UT 84101
Telephone: (801) 359-9000
Facsimile: (801) 359-9011
magleby@mcpc.law
parrish@mcpc.law

Brittany Resch*
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com

Andrew W. Ferich*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111

Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Anthony L. Parkhill*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

Daniel O. Herrera**
Nickolas J. Hagman **
Alexander J. Sweatman**
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com
asweatman@caffertyclobes.com

Jason R. Hull (11202)
Trevor C. Lang (14232)
**MARSHALL OLSON & HULL, PC**
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
jhull@mohtrail.com
tlang@mohtrial.com

*admitted *pro hac vice*
** *pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I, Jennifer Fraser Parrish, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 13th day of March, 2026.

MAGLEBY CATAXINOS, PC

By: */s/Jennifer Fraser Parrish*

Jennifer Fraser Parrish