Brittany Resch (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

Anthony L. Parkhill (admitted *pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph St., Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

Andrew W. Ferich (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

[*Additional Counsel Appear on Signature Page*]

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LAZARO STERN, CELESTE ALLEN, LISA KUCHERRY, PETER SMITH, SHARON THOMPSON, and CHARLY BATES individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADEMY MORTGAGE CORPORATION, <br><br> Defendant. | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY** <br><br> Case No.: 2:24-cv-00015-DBB-DAO <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiffs Lazaro Stern, Celeste Allen, Lisa Kucherry, Perry Smith, Sharon Thompson, and

Charly Bates and Defendant Academy Mortgage Corporation (collectively, the "Parties"), by and

1

through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve this action on a classwide basis.

The Parties jointly request that the Court stay all deadlines for 45 days to allow the Parties to finalize their settlement agreement and either submit a joint status report or file for preliminary approval.

Dated:  July 8, 2026

/s/ Brittany Resch
Brittany Resch*
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com

Andrew W. Ferich*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Anthony L. Parkhill*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

Jason R. Hull (11202)
**MARSHALL OLSON & HULL, PC**

Dated:  July 8, 2026

/s/ Justin J. Boron
Justin J. Boron (*Pro Hac Vice*)
**FREEMAN MATHIS & GARY, LLP**
1600 Market Street
Philadelphia, PA 19103-7240
Tel: (215) 789-4919
justin.boron@fmglaw.com

Kamie F. Brown (8520)
Kristina M. Dubois (18908)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel: (801) 532-1500
Fax: (801) 532-7543
kbrown@rqn.com
kdubois@rqn.com

*Attorneys for Defendant*

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
jhull@mohtrail.com

Jennifer Fraser Parrish (11207)
James E. Magleby (7247)
**MAGLEBY CATAXINOS, PC**
141 West Pierpont Avenue
Salt Lake City, UT 84101
Telephone: (801) 359-9000
Facsimile: (801) 359-9011
parrish@mcpc.law
magleby@mcpc.law

*admitted pro hac vice*

*Counsel for Plaintiffs and the Proposed Class*

3

## CERTIFICATE OF SERVICE

I, Brittany Resch, hereby certify that on July 8, 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to counsel of record, below, via the ECF system.

DATED this 8th day of July, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
    Brittany Resch
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    bresch@straussborrelli.com