Brittany Resch (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

Andrew W. Ferich (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Anthony L. Parkhill (admitted *pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph St., Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

[*Additional Counsel Appear on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| LAZARO STERN, CELESTE ALLEN, LISA KUCHERRY, PETER SMITH, SHARON THOMPSON, and CHARLY BATES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No.: 2:24-cv-00015-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT AND**
**<u>LEAVE TO FILE OVERSIZED BRIEF</u>**

Plaintiffs, Lazaro Stern, Celeste Allen, Lisa Kucherry, Peter Smith, Sharon Thompson, and Charly Bates ("Plaintiffs"), by their attorneys, respectfully move this Honorable Court for an Order granting it permission to exceed the Court's limit of ten (10) pages for Plaintiffs' Combined Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support ("Motion") and to file an oversized brief. Granting this motion to file an oversized brief will enable Plaintiffs to sufficiently articulate their arguments and effectively inform this Court of why their Motion should be granted. In support of their Motion, Plaintiffs state as follows:

1. Pursuant to this Court's standing order, briefs shall not exceed ten (10) pages without leave of Court upon written motion containing good cause.

2. Plaintiffs' Motion seeks preliminary approval of the Parties classwide settlement and explains the history of the negotiations, the agreement itself, the notice plan, and other next steps, and addresses all applicable legal standards and all arguments for seeking certification of a class for settlement purposes only and for preliminarily approving a class settlement, for which there are many factors for each step.

3. Plaintiffs' counsel notified Defendant of this request on August 24, 2026, and Defendant does not oppose.

4. Plaintiffs are mindful of the Court's standing order and this request is made only after careful consideration and with full respect for that guidance. In this instance, the breadth and complexity of the facts and argument asserted in the motion make an extension appropriate.

5. The 25-page Motion submitted here seeks to assist the Court by presenting the issues clearly and efficiently, while adhering to Local Rules and providing the court a full and complete picture of why their Motion should be granted.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their unopposed Motion to Exceed Page Limit and Leave to File their Oversized Brief, which is attached as **Exhibit A** to this motion.

Dated: August 24, 2026

Respectfully submitted,

By: */s/ Brittany Resch*
Brittany Resch*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

Andrew W. Ferich*
AHDOOT & WOLFSON PC
201 King Of Prussia Rd Ste 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

Anthony L. Parkhill*
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
aparkhill@barnowlaw.com

*Proposed Settlement Class Counsel*

Jason R. Hull (11202)
MARSHALL OLSON & HULL, PC
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
jhull@mohtrail.com

Jennifer Fraser Parrish (11207)
James E. Magleby (7247)
MAGLEBY CATAXINOS, PC
141 West Pierpont Avenue
Salt Lake City, UT 84101
Telephone: (801) 359-9000
Facsimile: (801) 359-9011
parrish@mcpc.law
magleby@mcpc.law

*Local Counsel*

**CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on August 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the Odyssey eFileIL system, which will send notification of such filing to counsel of record.

DATED this 24th day of August, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*

Brittany Resch*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com